UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA COLUMBIA DIVISION DIVISION

| | | |
|---|---|---|
| Alteria Smith, | ) | |
| | ) | Case No. 3:26-cv-00878-SAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Delgardo Osean Blackwood and Shore and | ) | |
| Shore Holdings, LLC D/B/A Shore & Shore | ) | |
| Express Shipping, | ) | |
| | ) | |
| Defendants | ) | |

## ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES

Delgardo Osean Blackwood and Shore and Shore Holdings, LLC d/b/a Shore & Shore

Express Shipping, hereby answer Local Rule 26.01 Interrogatories in accordance with Local

Rules of the United States District Court for the District of South Carolina.

A. State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:     Defendants do not possess information to respond to this Request.**

B. As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:     Plaintiff's Complaint alleges a negligence causes of action against Defendants and demands a jury trial. Defendant agrees that, based on the causes of action and the relief requested, a jury trial is appropriate. Defendants join in the demand for a jury trial.**

C. State whether the party submitting these responses is a publicly-owned company and separately identifies: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:    Defendant Shore and Shore Holdings, LLC d/b/a Shore & Shore Express Shipping is a foreign limited liability company, and its principal place business is located in the State of Georgia and incorporated in the State of Georgia.**

D.  State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).  *See* Local Civil Rule 3.01. (D.S.C.).

**ANSWER:    Plaintiff filed her Complaint in the Columbia Division, United States District Court, District of South Carolina. The parties are diverse pursuant to 28 U.S.C. § 1332. At this time, Defendants do not contest jurisdiction in federal court.**

E.  Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:    Upon information and belief, this matter is not related in whole or in party to any other matter filed in this District.**

F.  If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:    Defendants are properly identified.**

G.  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER:    Defendants does not yet know if any another entity owes Defendant any defense or indemnity and reserves the right to assert the same. Defendant does not yet know if Plaintiff's injuries were caused by any another person or entity and reserves the**

**right to assert the same should discovery reveal such claims. This matter has only recently been filed and Defendant reserves the right to supplement this answer as discovery in this case progresses.**

H.   H. Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:    Defendant Delgardo Osean Blackwood is a citizen and resident of the State of Georgia. Defendant Shore and Shore Holdings, LLC d/b/a Shore & Shore Express Shipping is a foreign limited liability company, and its principal place business is located in the State of Georgia and incorporated in the State of Georgia.**

MCANGUS GOUDELOCK & COURIE, LLC

*s/Brett H. Bayne*_____
Brett H. Bayne
Fed. ID No 11857
1320 Main Street, 10th Floor
Columbia, South Carolina 29201
(803) 227-2281
(803) 748-0526
brett.bayne@mgclaw.com
ATTORNEYS FOR DELGARDO OSEAN BLACKWOOD and SHORE AND SHORE HOLDINGS, LLC D/B/A SHORE & SHORE EXPRESS SHIPPING

May 12, 2026