UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| ALTERIA SMITH, ) | Civil Action No. 3:26-CV-00878-MGL |
| Plaintiff, ) | |
| v. ) | |
| DELGARDO OSEAN BLACKWOOD ) AND SHORE AND SHORE HOLDINGS, ) LLC D/B/A SHORE & SHORE EXPRESS ) SHIPPING, ) | **JOINT RULE 26(f)(3) DISCOVERY PLAN** |
| Defendants. ) | |

Pursuant to Rule 26(f)(3) of the Federal Rules of Civil Procedure, the parties, by and through its undersigned counsel, hereby jointly submit the following Discovery Plan in compliance with Rule 26(f)(3):

**(A)     What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made:**

**RESPONSE**: The parties have agreed to file their initial disclosures on July 2, 2026.

**(B)     The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited or focused on particular issues:**

**RESPONSE**: Defendants agree that discovery will be conducted on all claims and defenses pursuant to the Court's Scheduling Order entered on May 14, 2026 [ECF No. 11] as amended per the Rule 26(f) report to extend the deadlines for 90 days.

**(C)     Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:**

**RESPONSE**: The parties are not aware of any special issues related to disclosure or discovery of electronically stored information. The parties intend to comply with the letter and spirit of Rule 34(b)(2)(E), Fed. R. Civ. P.

**(D)** **Any issues about claims of privilege or of protection as to trial-preparation materials, including - if the parties agree on a procedure to assert these claims after production – whether to ask the court to include their agreement in an order:**

RESPONSE: The parties are not aware at this time of any privilege or of protection as to trial preparation materials. If the issue arises, the parties will conduct a conference to resolve the issue prior to filing any proposed order for the court's consideration.

**(E)** **What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed:**

RESPONSE: None known at this time.

**(F)** **Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c):**

RESPONSE: None known at this time.

The parties, by and through their undersigned counsel, consent to the joint filing of this Discovery Plan.

**WE CONSENT:**

MORGAN & MORGAN P.A.                    MCANGUS GOUDELOCK & COURIE, LLC

*s/James G. Biggart, II*_____          *s/ Brett H. Bayne*
JAMES G. BIGGART, II, ESQ                    BRETT H. BAYNE
Fed. ID No. 14195                             Fed ID No. 11857
jbiggart@forthepeople.com                    brett.bayne@mgclaw.com
COOPER KLAASMEYER, ESQ                    LAUREN T. MODZELEWSKI
Fed ID No. 14272                             Fed ID No. 13984
4401 Belle Oaks Drive, Suite 300             lauren.modzelewski@mgclaw.com
North Charleston, SC 29405                    1320 Main Street, 10th Floor
Phone: 843-973-5186                          Columbia, South Carolina 29201
                                             Telephone: (803) 779-2300
**Attorneys for Plaintiff**                       Facsimile: (803) 748-0526

                                             **Attorneys for Defendant**

Columbia, South Carolina
June 18, 2026