UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| ALTERIA SMITH,<br><br>        Plaintiff,<br><br>  v.<br><br>DELGARDO OSEAN BLACKWOOD<br>AND SHORE AND SHORE HOLDINGS,<br>LLC D/B/A SHORE & SHORE EXPRESS<br>SHIPPING,<br><br>        Defendants. | Civil Action No. 3:26-CV-00878-MGL<br><br><br>**RULE 26(F) REPORT** |

The parties, having consulted pursuant to Rule 26(f), of the Federal Rules of Civil Procedure, hereby report as follows:

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed September 4, 2024 is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed May 14, 2026 requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

*(signatures on following page)*

**WE CONSENT:**

MORGAN & MORGAN P.A.                    MCANGUS GOUDELOCK & COURIE, LLC


*s/James G. Biggart, II*_____      *s/ Brett H. Bayne*
JAMES G. BIGGART, II, ESQ              BRETT H. BAYNE
Fed. ID No. 14195                      Fed ID No. 11857
jbiggart@forthepeople.com              brett.bayne@mgclaw.com
COOPER KLAASMEYER, ESQ                 LAUREN T. MODZELEWSKI
Fed ID No. 14272                       Fed ID No. 13984
4401 Belle Oaks Drive, Suite 300       lauren.modzelewski@mgclaw.com
North Charleston, SC 29405             1320 Main Street, 10th Floor
Phone: 843-973-5186                    Columbia, South Carolina 29201
                                       Telephone: (803) 779-2300
***Attorneys for Plaintiff***         Facsimile: (803) 748-0526

                                       ***Attorneys for Defendant***


Columbia, South Carolina
June 18, 2026