IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| ALTERIA SMITH, | ) | CA: 3:26-CV-00878-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT AMENDED** |
| | ) | **SCHEDULING ORDER** |
| DELGARDO OSEAN BLACKWOOD | ) | |
| AND SHORE AND SHORE HOLDINGS, | ) | |
| LLC D/B/A SHORE & SHORE EXPRESS | ) | |
| SHIPPING | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the following schedule is established for this case.

1. No later than **July 2, 2026** , the required initial disclosures under Fed.R.Civ.P. 26(a)(1) shall be made. [1]

2. Motions to join other parties and amend the pleadings (Fed.R.Civ.P.16(b)(3)(A)) shall be filed no later than **October 13, 2026**.[2]

3. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **November 9, 2026**.

4. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **December 8, 2026**.

5. Counsel shall file and serve affidavits of records custodian witnesses proposed to be

---

[1]Pursuant to Fed.R.Civ.P. 26(a)(1), the parties may, by stipulation, agree not to make some or all of the Rule 26(a)(1) initial disclosures. If such a stipulation is made, it shall be confirmed in writing between the parties. See Fed.R.Civ.P. 29 and Local Civil Rule 29.01.

[2]As a general rule, when no timely response is filed to any motion, the Court will grant the motion with the notation that it is being "granted *without opposition*."

presented by affidavit at trial no later than **December 8, 2026**.  Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure.  (See Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

6.      Discovery shall be completed no later than **February 8, 2027**.  All discovery requests shall be served in time for the responses thereto to be served by this date.  De bene esse depositions must be completed by discovery deadline.  No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Lewis in an attempt to resolve the matter informally.  **The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion.  Attorneys should send a request for a telephone conference via e-mail to Lewis_ecf@scd.uscourts.gov.**

7.      Motions in limine must be filed no later than **May 24, 2027**.  Written responses are due seven (7) days thereafter.

8.      All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **February 22, 2027**.  (Fed.R.Civ.P.16(b)(3)(A)).

9.      Mediation shall be completed in this case on or before **April 22, 2027**.  See the Mediation Order filed in this case which sets forth mediation requirements.

10.     No later than **May 11, 2027** , the parties shall file and exchange Fed.R.Civ.P. 26(a)(3) pretrial disclosures.  Within fourteen (14) days thereafter, a party shall file and exchange Fed.R.Civ.P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed.R.Civ.P. 32(a)(6).

11.     Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury selection (Local Civil Rule 26.05).  Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits.  See Local Civil Rule 26.07.

12.     This case is subject to being called for jury selection and/or trial on or after **June 14, 2027**.

s/Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 26, 2026